PROB 35

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Crim. No. 1:CR-01-259-01

Durrell Pollard

On August 11, 2005, the above-named defendant commenced a supervised release term of two years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Stephen F. Leahey
Senior U.S. Probation Officer
Date: December 13, 2006

FILED
HARRISBURG, PA

DEC 14 2006

ANDREA, CLERK
Deputy Clerk

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _14th_ day of _December_, 2006

William W. Caldwell
United States District Judge